# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

FILED

**February 29, 2000**

**Cecil Crowson, Jr.
Appellate Court Clerk**

OWNER-OPERATOR
INDEPENDENT DRIVERS
ASSOCIATION, INC., HAROLD
LANDRY, JIMMY HUX d/b/a
HUX TRUCKING, RICHARD
KERSHMAN, and LAUREL
BARRICK, Individually and On
Behalf of All Others Similarly
Situated,

     Plaintiffs/Appellants,

VS.

CONCORD EFS, INC., EFS
NATIONAL BANK, FLYING J,
INC., and PILOT CORPORATION,

     Defendants/Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Appeal No.
M1999-02560-COA-R3-CV

Williamson Chancery
No. 125387

## O R D E R

Pursuant to the petitions for rehearing submitted by defendants/appellees Flying J, Inc., and Pilot Corporation, the petitions are hereby granted, the opinion filed in this case is withdrawn, and the attached opinion is substituted therefor.

_____
BEN H. CANTRELL,
PRESIDING JUDGE, M.S.

_____
WILLIAM C. KOCH, JR., JUDGE

_____
WILLIAM B. CAIN, JUDGE